| UNITED STATES DISTRICT COURT | PRIORITY SEND |
|:---:|:---:|
| CENTRAL DISTRICT OF CALIFORNIA | |
| | JS - 5 |
| **CIVIL MINUTES -- GENERAL** | |

| Case No. | **CV 13-8368-JFW (AJWx)** | Date: January 10, 2014 |
|---|---|---|

Title:    Digital Content Protection, LLC (DCP) -v- JOHN DOES 1-50

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE SETTING ASIDE COURT ORDER DISMISSING CASE [filed December 16, 2013; Docket No. 16]

      On December 26, 2013, Plaintiff Digital Content Protection, LLC (DCP) ("Plaintiff") filed a Motion for Reconsideration or, in the Alternative Setting Aside Court Order Dismissing Case ("Motion for Reconsideration").  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for January 27, 2014 is hereby vacated and the matter taken off calendar.  After considering the moving papers, and the arguments therein, the Court rules as follows:

      Pursuant to Local Rule 7-18, "[a] motion for reconsideration of the decision on any motion may be made only on the grounds of (a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or (b) the emergence of new material facts or a change of law occurring after the time of such decision, or (c) a manifest showing of failure to consider material facts presented to the Court before such decision.  No motion for reconsideration shall in any manner repeat any oral or written argument made in support of or in opposition to the original motion."  Local Rule 7-18; *see also Orange Street Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999) ("[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law.").  Motions for reconsideration "are disfavored and are rarely granted."  *Trust Corp. v. Aetna Casualty and Surety Co.*, 873 F. Supp. 1386, 1393 (D. Ariz. 1994).

For good cause shown, Plaintiff's Motion for Reconsideration is **GRANTED,** and the Court's Order Dismissing Case for Failure to Comply With Local Rule 3-2, filed on December 4, 2013 (Docket No. 9), is hereby **VACATED**.

IT IS SO ORDERED.